No. 76. KLOR'S, INCORPORATED, *v.* BROADWAY-HALE STORES, INC., ET AL. C. A. 9th Cir. Certiorari granted. *Maxwell Keith* and *Irvin Goldstein* for petitioner. *Moses Lasky* for the Broadway-Hale Stores, Inc., *Herbert W. Clark* for the Admiral Corporation et al., *Robert E. Burns* for the Zenith Radio Corporation, *Alvin H. Pelavin* for the Whirlpool-Seeger Corporation, *David B. Gideon* for the H. R. Basford Co., *Francis R. Kirkham* for the Radio Corporation of America, *H. W. Glensor* for the Leo J. Meyberg Co., *Nat Schmulowitz* for the Emerson Radio & Phonograph Corporation et al., *Marion B. Plant* for the Philco Corporation et al., *Malcolm T. Dungan* for the Rheem Manufacturing Co., *Everett A. Mathews* for the General Electric Co. et al., and *Philip S. Ehrlich* for Olympic Radio & Television, Inc., et al., respondents. *Solicitor General Rankin, Assistant Attorney General Hansen* and *Henry Geller* filed a brief for the United States, as *amicus curiae,* urging that the petition for a writ of certiorari should be granted.

No. 88. SIMS *v.* UNITED STATES. C. A. 4th Cir. Certiorari granted. *W. W. Barron,* Attorney General of West Virginia, and *Fred H. Caplan,* Assistant Attorney General, for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Melva M. Graney* and *Joseph Kovner* for the United States.

No. 178. THE MONROSA ET AL. *v.* CARBON BLACK EXPORT, INC. C. A. 5th Cir. Certiorari granted. *E. D. Vickery* for Navigazione Alta Italia, petitioner. *Carl G. Stearns* for respondent.